# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

April 07, 2017

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Yakima

The Honorable Mary K. Dimke
United States Magistrate Court Judge
Wm. O. Douglas Courthouse
P.O. Box 2706
Yakima, Washington  98907

**RE: ROSIER, Paul**
**Dkt. No. 4:17MJ07045-MKD-1**
**Modification of Release Conditions Request**

Your Honor:

On April 6, 2017, the defendant was released onto pretrial supervision. He currently resides in Olympia, Washington, and is being supervised by the Western District of Washington.

All parties, including the defendant, have agreed to add an additional condition of pretrial release in regards to Mr. Rosier:

**Special Condition (10):** The defendant shall participate in the Crisis Intervention Program and/or undergo a mental health evaluation and follow all treatment recommendations, as directed by Pretrial Services.

It is respectfully requested the Court modify Mr. Rosier's conditions of release to include special condition (10) in order to successfully monitor the defendant and provide him with the needed resources while on pretrial supervision.

**Rosier, Paul**
**April 07, 2017**
**Page 2**

                                          Respectfully submitted,

                                          Matthew L. Thompson
                                          Chief U.S. Probation Officer


                           By:    s/Linda J. Leavitt        04/07/2017
                                   Linda J. Leavitt          Date
                                   U.S. Probation Officer


Approved By:


s/Jose Vargas        04/07/2017
Jose Vargas            Date
Supervisory United States Probation Officer

**RECEIVED**
Apr 07, 2017
CLERK, U.S. DISTRICT COURT

PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 07, 2017**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **United States of America** | )<br>)<br>) |
| vs | )<br>) |
| **Paul Rosier** | )   Case No. 4:17MJ07045-MKD-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Paul Rosier, have discussed with Linda J. Leavitt , Pretrial Services/Probation Officer, modification of my release as follows:

Additional condition of release:
**The defendant shall participate in the Crisis Intervention Program and/or undergo a mental health evaluation and follow all treatment recommendations, as directed by Pretrial Services.**

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_                4/7/17        _[signature]_                4-7-17
Signature of Defendant    Date         Pretrial Services/Probation Officer    Date

(Typed) Paul Rosier                      (Typed) Michael J. DiGuirio

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                         4/4/17
Signature of Defense Counsel                 Date

(Typed) Scott W. Johnson

[ X ]   The above modification of conditions of release is ordered, to be effective on   4/7/2017  .

[  ]    The above modification of conditions of release is not ordered.

_[signature]_ M. K. Dimke               4/7/2017
Signature of Judicial Officer              Date