# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ROSIER,<br><br>Defendant. | No. 4:17-CR-6011-EFS-1<br><br>ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE<br><br>**ECF Nos. 23, 24** |

BEFORE THE COURT is Defendant's Motion to Amend the Conditions of Pretrial Release (ECF No. 24). For the reasons stated in the motion, Defendant's Motion is GRANTED.

**IT IS SO ORDERED**:

1. Defendant's Motion to Amend the Conditions of Pretrial Release **(ECF No. 24) is GRANTED**. Defendant's conditions of release, as set forth in ECF No. 10, shall be modified as follows: Special Condition (5) shall be modified to read:

**(5)** Defendant shall be permitted to live in the District of Arizona at a residence approved by the Pretrial Services Office. Defendant shall remain in the State of Arizona unless given permission by the United States Probation/Pretrial Services Office.

ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE - 1

2. Defendant's Motion to Expedite **(ECF No 23.) is GRANTED**.

DATED May 11, 2017.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE - 2